```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| CANDIDO ORTIZ-MARTINEZ, : | **Hon. Jerome B. Simandle** |
| Petitioner, : | Civil Action No. 05-903 (JBS) |
| v. : |  |
| WARDEN MINER, : | **ORDER** |
| Respondent. : |  |

For the reasons expressed in the Opinion filed herewith,

IT IS on this  16th  day of  December , 2005,

ORDERED that Respondent's motion [docket entry #5] to dismiss the Petition is granted; and it is further

ORDERED that the Petition is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon the parties, and shall close the file.

                                        s/ Jerome B. Simandle
                                        JEROME B. SIMANDLE, U.S.D.J.